# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RAMIREZ,<br><br>                         Plaintiff,<br><br>vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC, et al.,<br><br>                        Defendants. | CASE NO. 19cv2114-LAB (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 12]** |

    The parties' Stipulation for Dismissal with Prejudice, which the Court construes as a Joint Motion to Dismiss, is **GRANTED**. Dkt. 12. All claims associated with this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. All pending motions are **DENIED AS MOOT**. Dkts. 6, 7.

    **IT IS SO ORDERED**.

Dated: December 30, 2019

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -